## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| HireQuest Direct, | Case No. 20-cv-1666 (SRN/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Jet Structures, LLC, | |
| Defendant. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated August 3, 2020. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED** that this case is DISMISSED without prejudice for lack of jurisdiction.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 21, 2020

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge